# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV15-6603-JFW (ASx) | Date | September 3, 2015 |
|---|---|---|---|
| Title | Candace Barfield, et. al., v.  Integrity Apartments, LLC., et. al., | | |

Present: The Honorable    Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:**    **ORDER TO SHOW CAUSE re Petition of Adam Barfield for Appointment of Guardian Ad Litem for Minor Child**

Plaintiffs are ordered to show cause in writing no later than September 11, 2015 why Petitioner Adam Barfield should be appointed as guardian ad litem for O.B., a minor child, in light of Petitioner's (1) failure to declare a non-interest in the litigation and state that his appointment will not cause a conflict of interest;  and (2) petition for appointment of a minor child identified as C.S., rather than the minor child identified as a plaintiff in this action (i.e., minor child O.B.).  The filing of a petition for appointment which addresses these deficiencies or the filing of a petition for appointment of another guardian will be a sufficient response to this order to show cause.

IT IS SO ORDERED.

cc:    John F. Walter
        U.S. District Judge